**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Century 21 Real Estate LLC, | ) | No. CIV 03-0053-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Century Surety Co., | ) | |
| Defendants. | ) | |

Pending before the Court is Century 21 Real Estate LLC's ("C21") sealed Motion to Reconsider Order On Dilution. (Dkt. 235.) Under LRCiv 7.2(g), no response to a motion for reconsideration or clarification and no reply to the response shall be filed unless ordered by the Court. In order to properly analyze the issue presented by C21's Motion to Reconsider, the Court will require limited additional briefing by each party. Accordingly,

**IT IS HEREBY ORDERED** that, no later than Thursday, January 4, 2007, Century Surety Co. ("Century") shall file a response to C21's Motion to Reconsider. Century's response shall be no longer than ten (10) pages total (including any exhibits and attachments) and shall be served electronically on C21.

/ / /

/ / /

/ / /

1   **IT IS FURTHER ORDERED** that, no later than Wednesday, January 17, 2007, C21 shall file a reply to Century's response to C21's Motion to Reconsider. C21's reply shall be no longer than five (5) pages total (including any exhibits and attachments).

DATED this 12th day of December, 2006.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge