**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Century 21 Real Estate LLC, ) | No. CIV 03-0053-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| Century Surety Co., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On March 16, 2006, and February 9, 2007, this Court granted summary judgment on all claims in favor of Century Surety Co. ("Century"). See Dkts. 177, 242. Judgment was entered by the Clerk of Court on February 9, 2007. See Dkt. 243. On February 23, 2007, Century filed a Motion for Attorneys' Fees and Nontaxable Expenses seeking to recover in excess of one million dollars pursuant to the Lanham Act, 15 U.S.C. § 1117, and Rule 54(b) of the Federal Rules of Civil Procedure. See Dkt. 246.

Counsel for Century 21 ("C21") previously stated C21's intent to appeal the Court's March 16, 2006 Order granting summary judgment on eight of its ten claims. See Dkt. 216 at 6, 8. After carefully weighing and balancing the interests of the Court, counsel, and the litigants in this matter, the Court has determined that it would be imprudent to resolve Century's pending Motion for Attorneys' Fees and Nontaxable Expenses if C21 appeals either of the Court's orders granting summary judgment.  Therefore, the Court will deny

Century's Motion for Attorneys' Fees and Nontaxable Expenses without prejudice and with leave to re-file its Motion upon the earlier of (i) the date it becomes clear that C21 has not filed a notice of appeal <u>and</u> any notice of appeal filed by Century 21 after that date would not be timely, or (ii) the Ninth Circuit's resolution of any appeal in this matter. See <u>CMAX, Inc. v. Hall</u>, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants. The exertion of this power calls for the exercise of a sound discretion."). Accordingly,

**IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE** Defendant Century Surety Co.'s Motion for Attorneys' Fees and Non-Taxable Expenses (Dkt. 246). Defendant Century Surety Co. may re-file its Motion for Attorneys' Fees and Non-Taxable Expenses upon the earlier of (i) the date it becomes clear that Century 21 has not filed a notice of appeal <u>and</u> any notice of appeal filed by Century 21 after that date would not be timely, or (ii) the Ninth Circuit's resolution of any appeal in this matter.

DATED this 26th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge