**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTURY 21 REAL ESTATE ,LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTURY SURETY CO., )<br>)<br>Defendant. )<br>_____ ) | No. CV 03-0053-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension of Time (Doc. 266). The parties stipulate that the time for Plaintiff Century 21 to respond to Defendant Century Surety's Motion for Attorneys' Fees and Non-Taxable Expenses be extended to March 16, 2009. Counsel for plaintiff has been out of town on other business and has pre-existing commitments over the next several weeks.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Extension of Time (Doc. 266).

**IT IS FURTHER ORDERED** that the deadline for Century 21 to respond to Century Surety's Motion for Attorneys' Fees and Non-Taxable Expenses is extended to **March 16, 2009**.

DATED this 27th day of February, 2009.

_____
Stephen M. McNamee
United States District Judge