**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| CENTURY 21 REAL ESTATE ,LLC,  )<br>                                                              )<br>                    Plaintiff,                      )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>CENTURY SURETY CO.,                  )<br>                                                              )<br>                    Defendant.                   )<br>_____ ) | No. CV 03-0053-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Second Stipulation for Extension of Time (Doc. 268). The parties stipulate that the time for Plaintiff Century 21 to respond to Defendant Century Surety's Motion for Attorneys' Fees and Non-Taxable Expenses be extended to March 23, 2009. The parties recently attended a mediation regarding fees. While the parties did not reach a settlement at the mediation, the parties request an additional week to further contemplate settlement.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Second Stipulation for Extension of Time (Doc. 268).

**IT IS FURTHER ORDERED** that the deadline for Century 21 to respond to Century Surety's Motion for Attorneys' Fees and Non-Taxable Expenses is extended to **March 23, 2009**.

DATED this 12th day of March, 2009.

_____
Stephen M. McNamee
United States District Judge