**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTURY 21 REAL ESTATE ,LLC,           )<br>                                                          )<br>          Plaintiff,                              )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>CENTURY SURETY CO.,                     )<br>                                                          )<br>          Defendant.                            )<br>_____) | No. CV 03-0053-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Notice of Settlement and Joint Request to Stay the Case Until June 18, 2009 (Doc. 273).  The parties notify the Court that they have reached an settlement that has been memorialized in a written agreement.  The settlement agreements requires certain performance to be completed by June 15, 2009.  As a result, the parties request that the Court stay the case until June 18, 2009.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that the present case is stayed until **June 18, 2009** to allow certain performance to be completed, as required by the settlement agreement.

DATED this 13th day of April, 2009.

Stephen M. McNamee
United States District Judge