**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTURY 21 REAL ESTATE ,LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CENTURY SURETY CO.,<br><br>　　　　　　Defendant. | No. CV 03-0053-PHX-SMM<br><br>**ORDER** |

On April 10, 2009, the parties filed a Notice of Settlement and Joint Request to Stay the Case (Doc. 273). In the Notice, the parties notified the Court that they had reached a settlement regarding attorney fees. Since certain performance was to be completed by June 15, 2009, the parties requested that the Court stay the case until June 18, 2009. On April 13, 2009, the Court granted the parties' request and entered an Order staying the case until June 18, 2009 (Doc. 274).

Since the date for performance to be completed has now passed, the Court will ask the parties to submit a status report informing the Court whether the pending Motion for Attorney Fees (Doc. 262) and Motion for Withdrawal (Doc. 270) can be vacated.

Accordingly,

**IT IS HEREBY ORDERED** that the parties have until **June 26, 2009** to submit a status report to the Court as to whether the pending Motion for Attorney Fees and Motion for Withdrawal can be vacated due to the parties' settlement. The status report shall be no more than 3 pages.

DATED this 19th day of June, 2009.

_____
Stephen M. McNamee
United States District Judge